IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division

| | |
|---|---|
| YMANI S. WORTHINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION SERVICES, )<br>LLC and CHASE BANK USA, N.A., )<br>)<br>Defendants. )<br>) | Case No.: 5:15-cv-480-D<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, Ymani S. Worthington, by and through undersigned counsel, hereby notifies the Court that she has reached a mediated settlement agreement with Defendants Equifax Information Services, LLC and Chase Bank USA, N.A. to settle this matter. The parties are in the process of preparing and executing formal settlement agreements and releases and Plaintiff requests that the Court permit the parties thirty (30) days within which to finalize their settlement agreements and to file a dismissal of all claims.

Respectfully submitted, this the 29th day of April, 2016.

                                                **MAGINNIS LAW, PLLC**
                                                *Counsel for Plaintiff*

                                                /s/ Asa C. Edwards
                                                EDWARD H. MAGINNIS
                                                N.C. State Bar No. 39317
                                                ASA C. EDWARDS IV
                                                N.C. State Bar No. 46000
                                                4801 Glenwood Ave., Ste. 310
                                                Raleigh, NC 27612
                                                Telephone: 919.526.0450
                                                Fax: 919.882.8763
                                                emaginnis@maginnislaw.com
                                                aedwards@maginnislaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division

| | |
|---|---|
| YMANI S. WORTHINGTON, ) | |
| ) | |
| Plaintiff, ) | Case No.: 5:15-cv-480-D |
| ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC and NAVY FEDERAL CREDIT ) | |
| UNION ) | |
| ) | |
| Defendants. ) | |

The undersigned hereby certifies that on April 29, 2016, a true and accurate copy of the foregoing *Notice of Settlement* was filed electronically via the Court's CM/ECF case management system, and served via the Court's CM/ECF case management system upon the following counsel who are ECF participants who have appeared in this matter:

| | |
|---|---|
| Richard Scott Adams<br>sadams@spilmanlaw.com<br>**SPILMAN THOMAS & BATTLE, PLLC**<br>*Counsel for Chase Bank USA, N.A.* | Lewis Perlins<br>lperling@kslaw.com<br>David G. Guidry<br>dguidry@kslaw.com<br>Michelle C. Egan<br>mcegan@kslaw.com<br>**KING & SPALDING LLP**<br>*Counsel for Equifax Information Services, LLC* |

This the 29th day of April, 2016.

                                                **MAGINNIS LAW, PLLC**
                                                *Counsel for Plaintiff*

                                        BY:    /s Asa C. Edwards